UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN SMITH,

      Plaintiff,

                                    Case No. 1:22-cv-205

v.

                                    Hon. Hala Y. Jarbou

HEIDI DRISENGA, et al.,

      Defendants.

_____/

## **ORDER**

On September 8, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Defendant Brent Simon, P.A.'s Motion for Summary Judgment for Failure to Exhaust Administrative Remedies be granted (R&R, ECF No. 24). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 6, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Simon is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 2, 2022                     /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE