UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN SMITH,

    Plaintiff,

v.

                                Case No. 1:22-cv-205

HEIDI DRISENGA,                 Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On May 3, 2023 , Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Defendant Heidi Drisenga's Motion for Summary Judgment (ECF No. 31) be denied. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 17, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 35) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Heidi Drisenga's Motion for Summary Judgment (ECF No. 31) is denied.

Dated: May 24, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE